Submitted January 18, affirmed February 16, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KENNETH PAUL MEADOWS,
*Defendant-Appellant.*

Lane County Circuit Court
210515534; A174463

504 P3d 1289

Bradley A. Cascagnette, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Peter G. Klym, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Patricia G. Rincon, Assistant Attorney General, filed the brief for respondent.

Before Mooney, Presiding Judge, and Lagesen, Chief Judge, and DeHoog, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021); *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).